ADR

E-FILING

FILED
MAY 17 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  William K. Swank (CA State Bar No. 72873)
   wswank@steptoe.com
2  Lawrence P. Riff (CA State Bar No. 104826)
   lriff@steptoe.com
3  Laurence F. Janssen (CA State Bar No. 147471)
   STEPTOE & JOHNSON LLP
4  633 West Fifth Street, Suite 700
   Los Angeles, CA  90071
5  Telephone:    (213) 439-9400
6  Facsimile:    (213) 439-9599

7  Stephen A. Fennell (to be admitted *pro hac vice*)
   sfennell@steptoe.com
8  STEPTOE & JOHNSON LLP
   1330 Connecticut Avenue, NW
9  Washington D.C. 20036
   Telephone:    (202) 429-8082
10 Facsimile:    (202) 429-3902

11 Attorneys for Plaintiffs and the Proposed Class

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

PSG

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, and MATTHEW TAPSCOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>Defendant. | Case No. CV 12-02549<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS (LOCAL RULE 3-13(a))** |

NOTICE OF PENDENCY OF OTHER ACTIONS

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Local Rule 3-13, counsel for Plaintiffs hereby gives notice of the following pending actions in the Superior Court of California for the Counties of Los Angeles and Riverside, which involve a material part of the same subject matter and substantially all of the same parties involved in this action. These proceedings should be coordinated with this action to avoid conflicts, conserve resources, and promote an efficient determination of this action. The cases are:

1. *Lloyds TSB Bank, PLC v. Michael J. Kilroy*, Case No. BC 474017, Los Angeles County Superior Court, 111 N. Hill St., Los Angeles, CA 90012, Dept. 20 (Hon. Kevin C. Brazile);.

2. *Lloyds TSB Bank, PLC v. Michael J. Kilroy*, Case No. BC 474019, Los Angeles County Superior Court, 111 N. Hill St., Los Angeles, CA 90012, Dept. 20 (consolidated for all purposes with Case No. BC 474017 before the Hon. Kevin C. Brazile); and

3. *Lloyds TSB Bank, PLC v. Michael J. Kilroy*, Case No. INC 1202040, Riverside County Superior Court, 46200 Oasis St., Indio, CA 92201, Dept. 2H (collectively, the "State Actions").

Defendant Kilroy in the State Actions is a member of the proposed Class in this action, and the claims and cross-claims in the State Actions arise out of the same "Dual Currency Loan Documents" (defined in the Complaint) that are the subject of this action. Specifically, Lloyds TSB Bank, PLC, the defendant in this action, initiated the State Actions to enforce the Dual Currency Loan Documents against Defendant Kilroy. Defendant Kilroy is challenging the enforceability of the Dual Currency Loan Documents based on substantially the same wrongdoing alleged in this action, and has filed Cross-Complaints against Lloyds asserting substantially the same claims against Lloyds that are the subject of this class action.

Dated: May 16, 2012

STEPTOE & JOHNSON LLP

By: /s/ William K. Swank
William K. Swank
Attorneys for Plaintiffs and the Class

1

NOTICE OF PENDENCY OF OTHER ACTIONS