William K. Swank (CA State Bar No. 72873)
wswank@steptoe.com
Lawrence P. Riff (CA State Bar No. 104826)
lriff@steptoe.com
Laurence F. Janssen (CA State Bar No. 147471)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone:    (213) 439-9400
Facsimile:    (213) 439-9599

Stephen A. Fennell (to be admitted *pro hac vice*)
sfennell@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington D.C. 20036
Telephone:    (202) 429-8082
Facsimile:    (202) 429-3902

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, and MATTHEW TAPSCOTT, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom, <br><br> Defendant. | Case No. CV 12-02549 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |

*Filed stamps: ADR; E-FILING; FILED MAY 17 2012, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; PSG*

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, including the proposed Class, there is no such interest to report.

Dated: May 16, 2012

STEPTOE & JOHNSON LLP

By: *[signature]*
William K. Swank
Attorneys for Plaintiffs and the Class