**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN DUGAN, AURORA DUGAN, and
     MATTHEW TAPSCOTT, each individually and
11   on behalf of all others similarly situated,              No. C 12-02549 WHA

12              Plaintiffs,

13     v.                                                **ORDER CONTINUING
                                                         CASE MANAGEMENT**
14   LLOYDS TSB BANK, PLC, a bank organized and          **CONFERENCE**
     existing under the laws of the United Kingdom,
15

16              Defendant.
                                                    /
17

18        The Court hereby **CONTINUES** the case management conference to **SEPTEMBER 20, 2012,**

19   **AT 8:00 A.M.**

20

21        **IT IS SO ORDERED.**

22

23   Dated:  August 15, 2012.
                                            _____
24                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28