**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, AURORA DUGAN, and
MATTHEW TAPSCOTT, each individually
and on behalf of all others similarly situated,

    Plaintiffs,

  v.

LLOYDS TSB BANK, PLC,

    Defendant.
                                /

DAVID OSMENA and PATRICIA
HOGAN-OSMENA, husband and wife,
and on behalf of all others similarly situated,

    Plaintiffs,

  v.

LLOYDS TSB BANK, PLC,

    Defendant.
                                /

No. C 12-02549 WHA

No. C 12-02937 WHA

**ORDER SETTING HEARING ON THE PARTIES' DISCOVERY DISPUTES**

The Court is in receipt of both sides' letters of October 24 and 26 (Dkt. Nos. 54, 55 and 56) concerning their discovery disputes and hereby **SETS** a four-hour meet-and-confer starting at **7:30 A.M. AND CONTINUING TO 11:00 A.M. ON OCTOBER 31, 2012**, in the Court's jury room on the 19th Floor of the federal courthouse. **AT 11:00 A.M.**, the Court shall hold a hearing to

resolve any remaining issue(s). Responses are due by noon on October 29. Please buzz chambers to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE