IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, and MATTHEW TAPSCOTT, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>LLOYDS TSB BANK, PLC.,<br><br>      Defendant.<br>                                 /<br>DAVID OSMENA and PATRICIA HOGAN-OSMENA, husband and wife, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>LLOYDS TSB BANK, PLC.,<br><br>      Defendant.<br>                                 / | No. C 12-02549 WHA<br><br>No. C 12-2937 WHA<br><br><br>**ORDER RESCHEDULING DISCOVERY HEARING** |

    For good cause shown, the four-hour meet-and-confer is rescheduled to **7:00 A.M ON NOVEMBER 7** in the Court's jury room on the 19th floor of the federal courthouse. The Court shall hold a hearing to resolve any remaining issues at **11:00 A.M**. Only lawyers who personally participate in the meet-and-confer may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: October 30, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE