IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, and MATTHEW TAPSCOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom<br><br>Defendant. / | No. C 12-02549 WHA<br><br>Related to:<br><br>No. C 12-02937 WHA<br><br>**ORDER RE ADDITIONAL BRIEFING** |

It has been the practice of the undersigned to deny California state law claims extended beyond the State of California. *See, e.g., In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d 1011 (N.D. Cal. 2007), *In re Charles Schwab Corp. Sec. Litig.*, 264 F.R.D. 531 (N.D. Cal. 2009). At the **JANUARY 10** hearing, the parties should be prepared to address the problems of exporting Cal. Bus. & Prof. Code § 17200 beyond the state of California. The parties shall submit a brief not to exceed four pages by **NOON ON JANUARY 9** addressing this issue.

**IT IS SO ORDERED.**

Dated: January 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE