UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYDS TSB BANK, PLC, <br><br> Defendant. | Case No.: 3:12-cv-02549-WHA   (NJV) <br><br> **ORDER RE CONFIDENTIAL PROTECTIVE ORDER** <br><br> Re: Dkt. Nos.  82 & 85 |

Lloyds TSB Bank, PLC ("Lloyds") has addressed the issues this court raised in its December 20, 2012 order (Doc. No. 83).  *See* Doc. No. 85.  The court orders as follows:

(1)  The stipulated protective order may contain the two levels of confidentiality designations urged by Lloyds.

(2) The term "competitor," which Lloyds seeks to include in the definition of "expert," shall be limited to those competitors Lloyds identified in Exhibit A to Doc. No. 85.

(3) The parties may challenge confidentiality designations.  *See, e.g.*, Doc. No. 82-1 at 8, at ¶ 6.  Plaintiffs may use a similar procedure to challenge the entities that Lloyds has identified as competitors.  The court urges the parties to meet and confer in earnest before seeking judicial intervention regarding these matters.

(4)  The parties shall file a revised stipulated protective order reflecting the above within seven days.

IT IS SO ORDERED.

Dated:  January 9, 2013

_____
Nandor J. Vadas
United States Magistrate Judge