**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN DUGAN, AURORA DUGAN and
     MATTHEW TAPSCOTT, each individually
11   and on behalf of all others similarly situated,

12              Plaintiffs,                          No. C 12-02549 WHA

13        v.                                         and

14   LLOYDS TSB BANK, PLC,                           No. C 12-02937 WHA

15              Defendant.

16   _____/

17   DAVID T. OSMENA and PATRICIA                    **COURT-ORDERED**
     HOGAN-OSMENA, husband and wife,                 **INTERROGATORIES**
18   and on behalf of all others similarly situated, **AND FOLLOW-UP**

19              Plaintiffs,

20        v.

21   LLOYDS TSB BANK, PLC, a bank
     organized and existing under the laws of
22   the United Kingdom,

23              Defendants.

     _____/

24

25        As a result of the discussion at today's hearing, the Court now **ORDERS** Lloyds to answer

26   under oath the following interrogatories:

27              1.      Describe all loan products or programs by Lloyds or its affiliates at

28   any time since January 1, 1990, that utilized, at least as an optional provision, a

     cost-of-funds clause.

**United States District Court**

For the Northern District of California

2.      Describe all loan products or programs by Lloyds or its affiliates at any time since January 1, 1990, that utilized a principal-cap provision.

These questions are not limited to dual-currency products or programs.  Due diligence and good-faith investigation must be used in answering so that the answer can be relied on in making important decisions.  Qualifiers like "to my knowledge" should not be used. The answers must be under oath and served by **NOON ON JANUARY 31, 2013**.  The answers should state in full the extent of the investigation and due diligence.  Thereafter, plaintiffs' counsel may promptly take follow-up discovery to verify and test the answers.

**IT IS SO ORDERED.**

Dated:  January 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE