SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar # 114789)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone:  +1 415 954 0200
Facsimile:   +1 415 393 9887
e-mail:        mark.dosker@squiresanders.com

SQUIRE SANDERS (US) LLP
Martha S. Sullivan (*pro hac vice*)
Amy Cadle Hocevar (*pro hac vice*)
Bruce A. Khula (*pro hac vice*)
4900 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone:  +1 216 479 8500
Facsimile:   +1 216 479 8780
e-mail:        martha.sullivan@squiresanders.com
                   amy.hocevar@squiresanders.com
                   bruce.khula@squiresanders.com

Attorneys for Defendant
LLOYDS TSB BANK PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>LLOYDS TSB BANK PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>             Defendant. | Case No.  12-cv-02549 WHA<br><br>Class Action<br><br>**STIPULATED ORDER GRANTING MOTION FOR CONSOLIDATION OF CASES**<br><br>Date: February 21, 2013<br>Time: 8:00 a.m.<br>Courtroom:  8, 19th Floor |
| DAVID T. OSMENA et al, each individually and on behalf of all others similarly situated,<br>             Plaintiffs,<br><br>      v.<br><br>LLOYDS TSB BANK PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>             Defendant. | Case No.  12-cv-02937 WHA<br><br>Class Action<br><br>**STIPULATED ORDER GRANTING MOTION FOR CONSOLIDATION OF CASES**<br><br>Date: February 21, 2013<br>Time: 8:00 a.m.<br>Courtroom:  8, 19th Floor |

WHEREAS, pursuant to Federal Rule of Civil Procedure 42(a)(2), Defendant Lloyds TSB Bank plc has moved this Court to consolidate the above-captioned related cases, *Dugan v. Lloyds TSB Bank, plc*, currently pending in this Court as Case No. 12-cv-02549 WHA ("the *Dugan* case") and *Osmena v. Lloyds TSB Bank, plc*, currently pending in this Court as Case No. 12-cv-02937 WHA ("the *Osmena* case"), ("the pending consolidation motion");

WHEREAS, all parties to the *Dugan* case and the *Osmena* case have stipulated to entry by the Court of the Order set forth herein;

NOW, THEREORE, IT IS HEREBY STIPULATED by and between all parties to the *Dugan* case and the *Osmena* case that the Court issue the Order set forth herein.

Dated: January 31, 2013          SQUIRE SANDERS (US) LLP

                                 By:_____/s/ Mark C. Dosker_____
                                         Mark C. Dosker

                                 Attorneys for Defendant
                                 Lloyds TSB Bank plc

Dated: January 31, 2013          STEPTOE & JOHNSON LLP

                                 By:___/s/ William K. Swank_____
                                         William K. Swank
                                 Attorneys for Plaintiffs in the *Dugan* case

Dated: January 31, 2013          FOLEY, BEZEK, BEHLE & CURTIS LLP

                                 By:___/s/ Peter J. Bezek_____
                                         Peter J. Bezek
                                 Attorneys for Plaintiffs in the *Osmena* case

# ORDER

PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS that Case No. 12-cv-02549 WHA and Case No. 12-cv-02937 WHA are consolidated for all purposes. Case No. 12-cv-2549 WHA will be deemed for all purposes the lead case and any documents filed in Case No. 12-cv-2549 WHA will be deemed to have been filed as to both cases.

The February 21 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 11, 2013.

William Alsup
United States District Judge