1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5     JOHN DUGAN, *et al.*,                    Case No.  12-cv-02549-WHA (NJV)

             Plaintiffs,
6
                                               **ORDER REQUIRING PARTIES TO**
7        v.                                    **MEET AND CONFER**

      LLOYDS TSB BANK, PLC,                    Re: Dkt. No. 126
8
             Defendant.
9

10

11         The undersigned recently granted in part and denied in part the first motion to retain

12   confidentiality designations filed by defendant Lloyds TSB Bank, PLC ("Lloyds").  *See* Doc. No.

13   148 (the "March 26, 2013 Order").  Before the court issued the March 26, 2013 Order, Lloyds

14   filed a second motion to retain confidentiality designations.  *See* Doc. No. 126.  The undersigned

15   hereby orders the parties to meet and confer regarding the designations at issue in Lloyds' second

16   motion, using the principles and the reasoning set forth in the March 26, 2013 Order to attempt to

17   resolve their discovery dispute without further court involvement.

18         Plaintiffs' opposition to the second motion is due to be filed by April 1, 2013, and the

19   motion is scheduled to be heard on April 23, 2013.  In order to allow the parties to schedule and

20   engage in a meaningful meet and confer process, those dates are continued by two weeks.  In the

21   event the parties are unable to resolve their dispute, Plaintiffs shall file their opposition by April

22   15, 2013, and the motion will be heard on May 7, 2013.  The parties may appear telephonically.

23

24         **IT IS SO ORDERED**.

25

26   Dated: March 27, 2013

27                                             _____
                                               Nandor J. Vadas
28                                             United States Magistrate Judge

United States District Court
Northern District of California