IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, *et al.*, | No. C 12-02549 WHA |
| Plaintiffs, | |
| v. | **ORDER REFERRING SEALING MOTIONS** |
| LLOYDS TSB BANK, PLC, | |
| Defendant. | |

    Plaintiffs' administrative motion to seal portions of their class certification brief (Dkt. No. 117) and all related sealing motions are hereby **REFERRED** to Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: March 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE