1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN DUGAN, *et al.*,                          No. C 12-02549 WHA

11            Plaintiffs,

12     v.                                           **REQUEST FOR**
                                                    **FURTHER BRIEFING**
13   LLOYDS TSB BANK, PLC,

14            Defendant.

15   _____/

16        With respect to the Cost of Funds issue, how can borrowers *after* the change in method of

17   calculation assert that they relied on the earlier method of calculation?  What will be the class-

18   wide proof to show reliance on the *earlier* method for loans made after the change to the

19   challenged methodology?  Please submit a response limited to three pages by **NOON ON**

20   **WEDNESDAY**.

21

22

23        **IT IS SO ORDERED.**

24

25   Dated:   April 15, 2013.                       _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28

United States District Court
For the Northern District of California