UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYDS TSB BANK, PLC,<br><br>Defendant. | Case No. 12-cv-02549-WHA (NJV)<br><br>**ORDER RE STATUS OF DISCOVERY ISSUES**<br><br>Re: Dkt. Nos. 101, 103 |

On February 22, 2013, the parties filed a joint statement updating the court regarding the discovery issues raised in Plaintiffs' letter brief (Doc. No. 101). *See* Doc. No. 115. The parties indicated that further briefing might be required regarding the production of a set of exemplar documents. *Id*. No further briefing has been filed, and in light of the district court's order on class certification, it appears that the parties may have resolved the outstanding issue on their own. Within ten days, the parties shall file a joint statement indicating whether the court may terminate Doc. Nos. 101 and 103.

**IT IS SO ORDERED**.

Dated: April 23, 2013

NANDOR J. VADAS
United States Magistrate Judge