IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, et al.,

    Plaintiffs,

  v.

LLOYDS TSB BANK, PLC,

    Defendant.

No. C 12-02549 WHA

**ORDER REFERRING DISCOVERY DISPUTE**

    Plaintiffs have submitted a letter request to amend the case management order to include a document production cut-off date (Dkt. No. 231). This request arises out a discovery dispute over whether defendants' document productions have been timely. The issue is accordingly **REFERRED** to Magistrate Judge Nandor Vadas, who is overseeing discovery in this action.

    **IT IS SO ORDERED.**

Dated: July 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE