1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6                                          EUREKA DIVISION

7

8      JOHN DUGAN, et al.,                           Case No.  12-cv-02549-WHA (NJV)
                        Plaintiffs,
9
                                                     **ORDER RE PLAINTIFFS' LETTER**
       v.                                            **BRIEF OF JULY 19, 2013**
10
                                                     Re: Dkt. No. 231
       LLOYDS TSB BANK, PLC,
11
                        Defendants.
12

13

14           Plaintiffs filed a letter brief before the district court.  Doc. No. 231.  The district court

15   referred the matter to the undersigned.  Doc. No. 234.  The letter brief does not comply with the

16   undersigned's standing orders:

17               12. Discovery Disputes.  All parties with a discovery dispute in a
                 case pending before, or referred to, Judge Vadas shall comply with
18               the following:

19                   a. Discovery motions may be addressed to the Court in three
                 ways. A motion may be noticed on not less than thirty-five (35) days
20               notice pursuant to Civil L.R. 7-2. Alternatively, a party may seek an
                 order shortening time under Civil L.R. 6-3 if the circumstances
21               justify that relief. In emergencies during discovery events (e.g.,
                 depositions), the Court is available pursuant to Civil L.R. 37-1(b).
22                   b. In the event a discovery dispute arises, counsel for the
                 party seeking discovery shall in good faith confer in person with
23               counsel for the party failing to make that discovery in an attempt to
                 resolve the dispute without the Court's involvement, as required by
24               Federal Rule of Civil Procedure 37 and Civil L.R. 37-1(a). The
                 meeting must be in person, except where good cause is shown why a
25               telephone conference is adequate. A declaration setting forth these
                 meet and confer efforts, and the final positions of each party, shall
26               be included in the moving papers. The Court will not consider
                 discovery motions unless the moving party has complied with Fed.
27               R. Civ. P. 37 and Civil L.R. 37-1.

28

United States District Court
Northern District of California

Accordingly, the undersigned orders as follows:

(1) The parties shall meet and confer in person regarding the issues raised by Plaintiffs;

(2) If the parties are unable to resolve their differences, and conclude that the relief Plaintiffs request is not also the subject of Plaintiffs' pending motion to compel (*see* Doc. No. 229), Plaintiffs shall file a motion either on 35-days' notice or on shortened time. *See supra*.

(3) This order terminates Doc. No. 231.

**IT IS SO ORDERED**.

Dated: July 25, 2013

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

2