IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, AURORA DUGAN, and
MATTHEW TAPSCOTT, each individually
and on behalf of all others similarly situated,

    Plaintiffs,

  v.

LLOYDS TSB BANK, PLC,

    Defendant.

No. C 12-02549 WHA

**ORDER REQUESTING
SUPPLEMENTAL BRIEFING**

Plaintiff's counsel shall provide the Court with a breakdown of how many trial hours they estimate will be spent on the individual claims and how many trial hours will be spent on the class action claims. Plaintiff should state in detail how much time it predicts plaintiff and defendant will need to argue each portion of the trial. Plaintiff shall submit this information to the Court by **TUESDAY, SEPTEMBER 17, 2013, AT NOON**.

The parties are requested to notify the Court whether a young attorney (who has been four years or fewer out of law school) will argue the motion, or at least the lion's share (which is strongly encouraged).

**IT IS SO ORDERED.**

Dated: September 13, 2013.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE