IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al., | No. C 12-02549 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE** |
| LLOYDS TSB BANK, PLC, | |
| Defendant. / | |

    Counsel for plaintiffs has filed an emergency discovery letter regarding the deposition of a non-party witness that defendants have noticed for next week in Hong Kong. Defendant's counsel shall respond in a submission not to exceed three pages by **5:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: October 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE