**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, et al.,

    Plaintiffs,

  v.

LLOYDS TSB BANK, PLC,

    Defendant.

No. C 12-02549 WHA

**ORDER DENYING MOTION TO QUASH**

    Plaintiffs moved to quash a non-party witness deposition scheduled in Hong Kong on ten days' notice. Upon review of the parties' letter briefs, the motion is **DENIED**. Plaintiffs' counsel are members of Steptoe and Johnson firm, which is a large, international firm that should have the resources to cover this deposition. Moreover, plaintiffs' proposed alternative date of October 25 does not appear to be viable given the non-party witness' schedule.

**IT IS SO ORDERED.**

Dated: October 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE