UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN DUGAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LLOYDS TSB BANK, PLC,<br><br>    Defendant. | Case No. 12-cv-02549-WHA (NJV)<br><br>**ORDER RE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 309 |

Plaintiffs have filed a motion for protective order, asking the court to block a third party deposition from going forward on October 31, 2013. Plaintiffs, however, have not moved to have their motion heard on shortened time. Given the urgency of the situation and the costs involved in taking a deposition in London, the court orders Defendant to file its opposition to Plaintiffs' motion no later than 9 a.m. on Tuesday, October 29, 2013. The court will hear oral argument on Tuesday, October 29, 2013 at 2 p.m. The parties shall dial 1-888-684-8852 and enter 1868782# as the access code. The court's tentative order is to allow the deposition to proceed, a reasonable time after the deponent has produced documents responsive to Plaintiffs' discovery requests. This order in no way would otherwise modify the discovery deadlines previously imposed by the district court.

**IT IS SO ORDERED**.

Dated: October 28, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge