IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, *et al.*,

    Plaintiffs,

v.

LLOYDS TSB BANK, PLC.,

    Defendant.
                                 /

No. C 12-02549 WHA

**ORDER DENYING REQUEST TO SHORTEN TIME AND DENYING REQUEST TO CONTINUE CASE DEADLINES**

The parties have filed a request to expedite the hearing on the motion for preliminary approval of class settlement (Dkt. No. 330). Plaintiffs noticed the motion for a hearing on December 26; the request to change this date is **DENIED**. The hearing shall proceed on the date scheduled by the parties.

The parties have filed a request to continue case deadlines relating to the individual claims in light of the proposed settlement of the class claims (Dkt. No. 331). Settlement of class claims does not create good cause to stay individual claims unaffected by the class claims. Good cause not shown, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE