IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, et al.,

    Plaintiffs,

v.

LLOYDS TSB BANK, PLC,

    Defendant.

No. C 12-02549 WHA

**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 345)**

    Plaintiffs seek to seal portions of Exhibit 16 to the declaration of Morgan L. Hector in support of plaintiffs' motion for partial summary judgment (Dkt. No. 345). Plaintiffs seek to seal loan numbers referenced in a declaration of Susannah Macdonald and excerpts of a spreadsheet marked "Confidential." Defendant filed a declaration stating "LTSB does not seek to maintain the confidentiality of that information and hereby waives its right to support sealing" the declaration and excerpted spreadsheet. The request to seal Exhibit 16 is **DENIED**.

    **IT IS SO ORDERED.**

Dated: December 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE