IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DUGAN, et al.,

    Plaintiffs,

v.

LLOYDS TSB BANK, PLC.,

    Defendant.

No. C 12-02549 WHA

**ORDER FOLLOWING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

    For the reasons stated at the December 26 hearing, the Court has concerns about the proposed class settlement as drafted. A further hearing is set for **11:00 A.M. ON JANUARY 8**. The parties will submit any revised proposed class settlement, proposed class notice, supporting documents, and a summary of the revised proposed settlement by **JANUARY 6 AT NOON**.

    **IT IS SO ORDERED.**

Dated: December 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE