IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LLOYDS TSB BANK, PLC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-02549 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL (DKT. NOS. 365, 375)** |

On December 26, plaintiffs filed an administrative motion to seal (Dkt. No. 365). On December 30, defendant filed a supporting declaration waiving the sealing of plaintiffs' opposition to defendant's motion for summary judgment, Exhibit A to the Petley declaration, and Exhibit 2 to the Stennes declaration. Accordingly, the request to seal the proposed redactions in plaintiffs' opposition, Exhibit A to the Petley declaration, and Exhibit 2 to the Stennes declaration is **DENIED**. The request to seal Exhibit 4 to the Stennes declaration is **GRANTED**. The request to seal portions of Exhibit A to the Walford declaration is **GRANTED IN PART AND DENIED IN PART**. The request to seal the proposed redactions on pages 64–70 is **GRANTED**. The request to seal the proposed redactions in paragraphs 4.23, 4.24, 4.27, 4.35, 4.38, 4.40, 4.42, 4.54, 7.25 is **GRANTED**. The request to seal the remainder of the proposed redactions is **DENIED**. Within **FIVE DAYS** of this order, plaintiffs shall re-file Exhibit A to the Walford declaration in accordance with this order.

Also on December 26, defendant filed an administrative motion to seal (Dkt. No. 375). The request to seal the proposed redactions in defendant's opposition to plaintiffs' motion for partial summary judgment is **DENIED**. The request to seal the proposed redactions in Exhibit A to the Hocevar declaration is **GRANTED**.

**IT IS SO ORDERED.**

Dated:   January 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2