1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, MATTHEW TAPSCOTT, RIKA OLSON, JASON RAY, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>Defendant. | Case No. 12-cv-02549-WHA (NJV)<br>Consolidated with:<br>Case No. 12-cv-02937-WHA (NJV)<br><br>**[~~PROPOSED~~] ORDER AMENDING DECEMBER 23, 2013 ORDER** |
| DAVID OSMENA and PATRICIA HOGAN OSMENA each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>Defendant. | |

1    On December 31, 2013, the parties appeared before the Court on Defendant's Motion For Administrative Relief (Dkt. # 373) in which Lloyds TSB Bank plc (now known as Lloyds Bank plc) ("LTSB)" sought to discuss modification of this Court's December 23, 2013 Order Granting Motion to Compel In Part re: Dkt. # 328.  The Court heard argument of both parties and finds good cause to modify the December 23, 2013 Order.

It is hereby ORDERED that Plaintiffs shall select no more than 1,000 entries from LTSB's privilege log to be supplemented by LTSB in the manner set forth in the December 23, 2013 Order. Plaintiffs shall identify the 1,000 entries for LTSB no later than January 3, 2014 and shall include among the 1,000 entries the entries specifically challenged in Plaintiffs' Motion to Compel (Dkt. #328) as well as entries identified by LTSB by January 2, 2014. LTSB shall complete its supplementation no later than January 13, 2014.  The declaration of attorneys Sullivan and/or Hocevar described at page 5:7-10 of the December 23, 2013 Order shall not be required at this time.  If the parties are unable to resolve any further disputes regarding the privilege log, the Court shall require the parties to appear in person for a court-guided meet and confer.

**IT IS SO ORDERED.**

Dated: January 3, 2014         By: _____
                                    Judge Nandor J. Vadas
                                    United States Magistrate Judge