IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LLOYDS TSB BANK, PLC,<br><br>    Defendant.<br>_____/<br>DAVID OSMENA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LLOYDS TSB BANK, PLC,<br><br>    Defendant.<br>_____/ | No. C  12-02549 WHA<br>        12-02537 WHA<br><br><br><br>**ORDER CONTINUING<br>HEARING TO APRIL 24** |

The hearing on the motions noticed for April 17 at 3:00 p.m. in the above-captioned actions are hereby continued to **THURSDAY APRIL 24, 2014 AT 8:00 A.M.** The Court apologizes for the inconvenience. The Court would appreciate it if counsel would please notify anyone they know who might wish to attend the hearing. Dahl Administration, LLC shall please provide notice of this order to class members by March 21.

All settlement class members and parties who wish to participate should please appear for the hearing on **APRIL 24 AT 8:00 A.M.** before the Honorable William Alsup in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 14, 2014.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE