UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, ET AL.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>LLOYDS TSB BANK, PLC.,<br><br>    Defendant(s). | No. 3:12-cv-02549 WHA (JCS)<br>Related Case No. 3:12-cv-2937 WHA (JCS)<br><br>**ORDER GRANTING IN PART LETTER REGARDING PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE [Docket No. 447]** |

AND RELATED CASE

DAVID OSEMA, ET AL.

    Plaintiff(s),

  v.

LLOYDS TSB BANK, PLC.,

    Defendant(s).

IT IS HEREBY ORDERED that at least one of the Plaintiffs in *Dugan* (3:12-cv-2549 WHA) must attend the Settlement Conference, in person, and that Plaintiff must have unlimited authority to settle the matter on behalf of all of the *Dugan* plaintiffs. Similarly, at least one of the Plaintiffs in *Osema* (3:12-cv-2937 WHA) must attend the Settlement Conference, in person, and that Plaintiff must have unlimited authority to settle the matter on behalf of all the *Osema* plaintiffs. All other plaintiffs must be on telephone standby.

IT IS SO ORDERED.

Dated: May 15, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge