UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DUGAN, AURORA DUGAN, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYDS TSB BANK, PLC, a bank organized and existing under the laws of the United Kingdom,<br><br>Defendant. | Case No. 12-cv-02549-WHA (NJV)<br>Consolidated: No. 12-cv-02937-WHA (NJV)<br><br>[PROPOSED] ORDER RE CLASS COUNSEL'S STATUS REPORT |

This matter is before the Court on Class Counsel's Status Report pursuant to the Court's Order on the Motion to Reissue Settlement Checks (Doc. No. 466). Class Counsel has represented that it was able to contact two of the remaining six class members who have failed to cash their settlement checks within the prescribed time. Class Counsel has further represented that it has exausted all means to contact the remining four class members, and that Lloyds has refused to provide any further contact information for these class members.

The Court hereby **ORDERS** Lloyds to provide Class Counsel with any contact information in its possession for the four remining class members, including current addresses, email addresses and/or

1  phone numbers no later than **NOVEMBER 19, 2014**.  Class Counsel is **ORDERED** to provide a final status
2  statement by **NOVEMBER 24, 2014 AT NOON**. This information shall only be used
3      **IT IS SO ORDERED.** for the limited purpose of trying to
promptly mail the class members'
4  uncashed settlement checks.
5  DATED: November 14, 2014.  _____
6                                 United States District Judge



2
[Proposed] Order
CASE NO. 12-CV-02549-WHA (NJV)