IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUGAN, et al., | No. C 12-02549 WHA |
| Plaintiffs, | C 12-02537 WHA |
| v. | |
| LLOYDS TSB BANK, PLC, | **ORDER CLOSING FILE** |
| Defendant. | |

On January 5, the parties filed a joint status report stating that "Administration of the settlement fund is complete." Within **THREE CALENDAR DAYS**, defendant shall remit the remainder of the fees-and-expenses award. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE